AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| LARRY MORRISON, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| EMINENCE CAPITAL, LLC; EMINENCE GP, LLC; RICKY C. SANDLER; EMINENCE PARTNERS, L.P., EMINENCE PARTNERS II, L.P.; EMINENCE PARTNERS LEVERAGED, L.P.; EMINENCE EAGLEWOOD MASTER, L.P.; EMINENCE PARTNERS LONG, L.P.; EMINENCE FUND MASTER, LTD.; EMINENCE FUND LEVERAGED MASTER, LTD.; EMINENCE FUND LONG, LTD.; JOHN DOE; and TAILORED BRANDS, INC. | ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attachment A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey S. Abraham
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**Attachment A**

Eminence Capital, LLC
65 East 55th Street, 25th Floor New
York, NY 10022
New York County

Eminence GP, LLC
65 East 55th Street, 25th Floor New
York, NY 10022
New York County

Ricky C. Sandler
65 East 55th Street, 25th Floor New
York, NY 10022
New York County

Eminence Partners, L.P.
65 East 55th Street, 25th Floor New
York, NY 10022
New York County

Eminence Partners II, L.P.
65 East 55th Street, 25th Floor New
York, NY 10022
New York County

Eminence Partners Leveraged, L.P.
65 East 55th Street, 25th Floor  New
York, NY 10022
New York County

Eminence Eaglewood Master, L.P.
65 East 55th Street, 25th Floor  New
York, NY 10022
New York County

Eminence Partners Long, L.P.
65 East 55th Street, 25th Floor New
York, NY 10022
New York County

Eminence Fund Master, Ltd.
65 East 55th Street, 25th Floor New
York, NY 10022
New York County

Eminence Fund Leveraged Master, Ltd.
65 East 55th Street, 25th Floor
New York, NY 10022
New York County

Eminence Fund Long, Ltd.
65 East 55th Street, 25th Floor
New York, NY 10022
New York County

John Doe
c/o Eminence Capital, LLC
65 East 55th Street, 25th Floor
New York, NY 10022
New York County

Tailored Brands, Inc.
6380 Rogerdale Road
Houston, TX 77072
Harris County